UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JOHN A. ALLEN, JR. | ) | |
|     Plaintiff, | ) | |
| | ) | |
|   vs. | ) | Cause No. 2:11 CV 19 |
| | ) | |
| INDIANA HARBOR BELT RAILROAD COMPANY, | ) ) | |
|     Defendant. | ) | |

## ORDER

  This matter is before the Court on Plaintiff's Motion to Dismiss his Complaint [DE 32] and the Parties' Joint Stipulation of Dismissal [DE 33]. On January 14, 2011, Plaintiff filed his Complaint [DE1], seeking compensatory and punitive damages for alleged violations of the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*, and the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*. On April 27, 2011, the Defendant filed its answer to the complaint [DE 13]. On January 13, 2012, the Plaintiff filed his Motion to Dismiss Count I of the complaint [DE 26], purporting to voluntarily dismiss Count I of the complaint, regarding age discrimination, without prejudice pursuant to Federal Rule of Civil Procedure 41(a), and I granted that motion [DE 31]. Indiana Harbor Belt filed its motion for summary judgment on the remaining disability discrimination claim on January 27, 2012 [DE 27]. Allen's response to the motion was due on March 2, but on that day he filed a motion to dismiss his complaint, which purported to dismiss his complaint pursuant to "Rule 41(A) [sic] of the Federal Rules of Criminal Procedure" [DE 32 at 1]. On March 6, the parties filed a Joint Stipulation of Dismissal [DE 33].

  The Stipulation is signed by all parties who have appeared, and the Stipulation states that

the dismissal is with prejudice.  As the Stipulation meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), Allen's remaining claims against Indiana Harbor Belt are hereby **DISMISSED WITH PREJUDICE**, the parties to pay their respective costs and fees without reimbursement. The pending motions [DE 27, 32] are **TERMINATED**.

    **SO ORDERED**.

    ENTERED: March 7, 2012

                                             /s Philip P. Simon
                                             Philip P. Simon, Judge
                                             United States District Court